Rev. 1/10/20                                                                          Receipt No. __2143__

**UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK**

**RECEIPT FOR COLLATERAL**

UNITED STATES OF AMERICA                           at __Albany__
                                                                                  (city where surrendered)
-vs-
                                                                        Case No. __1:25-cr-195__
__Christopher Snyder__

The following item was received on behalf of the United States from
__Attorney Shinerock__ on behalf of __Christopher Snyder__

☐  Passport No.            576108756
    Country:                   United States of America
    Name:                      Christopher Scott Snyder
    Street Address:        ██████████████████
    City, State and Zip Code   Virginia Beach, VA 23453

☐  Other  [                                          ]

Receipt is hereby acknowledged.        John M. Domurad
                                                          Clerk, U.S. District Court

Date: __05/16/2025__                               By: __s/Teri Lambert__

---

Complete this section at the conclusion of the case

Location: _____

Disposition: _____

Sent the above item as described via certified mail to _____

_____   _____   _____
    (Signature)                           (Print name)                           (Date)

Print 3 copies: (1) defendant/representative (2) collateral receipts binder (3) In vault with passport