

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 218*  *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*  *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

August 18, 2025

Via ECF

Hon. Mae A. D'Agostino
United States District Judge
United States District Court

Re:   *United States v. Snyder*, 1:25-CR-195 (MAD)

Dear Judge D'Agostino:

Sentencing in this case is scheduled for September 16.

With defense counsel's consent, I respectfully ask that sentencing be adjourned by approximately four (4) months from the current sentencing date.  This is the first request by either party for a sentencing adjournment.  Defendant is not in custody.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Michael Barnett*
Assistant U.S. Attorney