UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CLERK'S REQUEST & ORDER FOR
DISPOSITION OF PASSPORT

UNITED STATES OF AMERICA
v.

Case No. __1:25-cr-195 MAD__

Christopher Snyder
_____
(Defendant)

I, __Britney Norton_____, Deputy Clerk, certify that upon examination of the docket, the following indicated action is appropriate:

☐ Return passport to Defendant based upon:

    ☐ Defendant found Not Guilty at Trial    ☐ Case dismissed by Order of the Court

☑ The defendant was found GUILTY at Trial or Entered a GUILTY Plea and was sentenced to:

    ☐ Term of Supervised Release/Probation    ☑ Term of Imprisonment

☐ The defendant is a FUGITIVE, as of _____

☐ The defendant was arrested in this district and ordered to surrender his/her passport. The defendant is being transferred to the court where charges are pending - Rule 5(c)(3). The passport is Ordered to be sent to the Transferee District indicated below, pursuant to Rule 5(c)(3)(E).

☐ The above action was disposed of more than ten (10) years ago and/or the passport is no longer valid.

- - - - - - - -

**The Clerk's Request for Disposition of Passport as noted above is hereby GRANTED. The clerk shall forward the passport via Certified Return-Receipt mail to:**

☑ U.S. Department of State    ☐ U.S. Immigration & Customs Enforcement    ☐ Court Address
    (U.S. passports)             (Foreign passports)                    indicated below

**IT IS SO ORDERED.**

Dated: __04/21/2026__

_____
NYND Judicial Officer

| U.S. Passports sent via US Postal Service or FedEx: | For Foreign passports: | Transferee Court & Case Number (*)(❖): | |
|---|---|---|---|
| Office of Legal Affairs, Passport Services U.S. Department of State CA/PPT/L/LA 44132 Mercure Circle P.O. Box 1227 Sterling VA 20166-1227 | Immigration & Customs Enforcement Field Office Director - Buffalo 250 Delaware Avenue Buffalo NY 14202 | U.S. District Court | Transferee Court Case Number: |

(*) - When transferring Passport to another court, provide a copy of this document along with the Passport.
(❖) - Serve Counsel and U.S. Probation