

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

| | |
|---|---|
| *100 South Clinton Street, P.O. Box 7198* | *Tel.: (315) 448-0672* |
| *James M. Hanley Federal Building* | *Fax: (315) 448-0658* |
| *Syracuse, New York 13261-7198* | |

April 22, 2026

Hon. Mae A. D'Agostino
U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

   **Re:**  ***United States v. Christopher Snyder***
      **Criminal No.: 1:25-CR-195 (MAD)**

Dear Judge D'Agostino:

   On May 16, 2025, the defendant pled guilty to Count One of the Information in the above-captioned matter and a written plea agreement was entered by the Court. In his plea agreement, the defendant consented to the entry of an order of forfeiture which was to become final as of the date the Court entered its Preliminary Order of Forfeiture. The Court issued a Preliminary Order of Forfeiture in this matter on June 13, 2025, ordering the entry of a money judgment against the defendant in the amount of $233,000.00.

   Pursuant to Fed. R. Crim. 32.2 (c)(1), no ancillary proceedings are required if the forfeiture consists solely of a money judgment.

   The government respectfully notifies the court that in accordance with the terms of the plea agreement, the Preliminary Order of Forfeiture has "become the final order," a money judgment in the amount of $233,000.00 shall be entered against the defendant, and no separate final order will be presented.

         Very truly yours,

         TODD BLANCHE
         Acting Attorney General

         JOHN A. SARCONE III
         First Assistant United States Attorney

     By:  */s/ Jeffrey D. Brown*
         Jeffrey D. Brown
         Assistant United States Attorney
         Bar Roll No. 707241

JDB/rs
cc: Solomon B. Shinerock, Esq., via ECF